IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 OCT -5 AM 9:57
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

GRID INNOVATIONS, LLC,
        Plaintiff,

-vs-                                    Case No. A-17-CA-234-SS

ELECTRICITY RELIABILITY COUNCIL OF
TEXAS,
        Defendant.

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#72] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Dismissal [#72] is GRANTED in all respects and all claims by Grid Innovations, LLC ("Grid") against Electricity Reliability Council of Texas ("ERCOT") in the above captioned action are hereby dismissed with prejudice and all counter claims by ERCOT against Grid in the above captioned action are hereby dismissed without prejudice.

IT IS FINALLY ORDERED that all costs, expenses, and attorneys' fees are adjudged against the party incurring same.

SIGNED this the 4th day of October 2017.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE